IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                           )    NO. 04 B 02754
ELLIOTT AVERY                                    )    HON. JOHN H. SQUIRES
                                                 )    BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT:  COURTROOM 2000
         DUPAGE COUNTY COURTHOUSE
         505 NORTH COUNTY FARM ROAD
         WHEATON IL 60187

    ON: **February 15, 2008**            AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                             $90,817.31

    DISBURSEMENTS                                        $59,193.32

    NET CASH AVAILABLE FOR DISTRIBUTION   $31,623.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7.790.87 | $62.85 |
| Attorney Springer Brown Covey Gaertner & Davis | $0.00 | $2,555.00 | $0.00 |
| Accountant Alan D. Lasko & Associates, P.C. | $0.00 | $1,564.40 | $13.30 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. The Internal Revenue Service filed a priority claim for $35,786.35 and will receive a distribution of 54.87% of its claim.

7. General unsecured creditors filed claims totaling $832,609.41and will receive a distribution of 0% of the amount of their claims.

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Express | $15,641.14 | $0.00 |
| Chase Manhattan | $14,893.61 | $0.00 |
| Citibank | $11,511.83 | $0.00 |
| Internal Revenue Service | $6,322.96 | $0.00 |
| MBNA America | $12,508.93 | $0.00 |
| Mechanical Enterprises | $162,296.97 | $0.00 |
| Standard Bank & Trust | $609,433.97 | $0.00 |

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

For the Court:

Dated: **January 11, 2008**　　　　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk
　　　　　　　　　　　　　　　　United States Bankruptcy Court

Trustee: Brenda Porter Helms
　　　　　3400 W. Lawrence Avenue
　　　　　Chicago IL 60625
　　　　　(773) 463-6427
　　　　　(773) 267-9405 (fax)