IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 04 B 02754 |
| ELLIOTT AVERY | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 2000
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON IL 60187

   ON: **February 15, 2008**          AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                              $90,817.31

   DISBURSEMENTS                                         $59,193.32

   NET CASH AVAILABLE FOR DISTRIBUTION   $31,623.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7.790.87 | $62.85 |
| Attorney Springer Brown Covey Gaertner & Davis | $0.00 | $2,555.00 | $0.00 |
| Accountant Alan D. Lasko & Associates, P.C. | $0.00 | $1,564.40 | $13.30 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. The Internal Revenue Service filed a priority claim for $35,786.35 and will receive a distribution of 54.87% of its claim.

7. General unsecured creditors filed claims totaling $832,609.41and will receive a distribution of 0% of the amount of their claims.

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Express | $15,641.14 | $0.00 |
| Chase Manhattan | $14,893.61 | $0.00 |
| Citibank | $11,511.83 | $0.00 |
| Internal Revenue Service | $6,322.96 | $0.00 |
| MBNA America | $12,508.93 | $0.00 |
| Mechanical Enterprises | $162,296.97 | $0.00 |
| Standard Bank & Trust | $609,433.97 | $0.00 |

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

                                                     For the Court:

Dated: **January 11, 2008**        **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner, Clerk
                                                      United States Bankruptcy Court

Trustee: Brenda Porter Helms
           3400 W. Lawrence Avenue
           Chicago IL 60625
           (773) 463-6427
           (773) 267-9405 (fax)

Case 04-02754   Doc 67   Filed 01/11/08   Entered 01/13/08 23:37:46   Desc Imaged
                          Certificate of Service     Page 4 of 4

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Jan 11, 2008
Case: 04-02754                 Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Jan 13, 2008.
db           +Elliott L Avery,    26 Pine Tree Lane,    Burr Ridge, IL 60527-5900
aty          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
7705865      +AT&T Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
7705864      +American Express,    c/o Becket & Lee,    PO BOx 3001,    Malvern, PA 19355-0701
8980191       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
7705866      +Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
9090969      +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
               c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8935295      +Citinank NA,    Citibank Choice,    Exception Payment Processing,    PO Box 6305,
               The Lakes NV 88901-6305
7705867       Fifth Third Bank,    Culver, IN 46511
7705868       First USA,    P.O. Box 50882,    Henderson, NV 89016
7705869      +Foster & Kallen,    3825 W. 192nd Street,    Homewood, IL 60430-4314
9106937      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               230 S Dearborn   Stop 5016-CHI,    Chicago, IL 60604)
7705870      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8931439      +MBNA  America Bank Na,    P O Box 15168 MS 1423,    Wilmington, DE 19850-5168
7705872      +MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
9092467      +MECHANICAL ENTERPRISES INC,    C/O GARY RHODES,    21677 RAINBOW ROAD,    DEER PARK, IL 60010-6566
7705873      +Mobil Oil Company,    P.O. Box 4555,    Carol Stream, IL 60197-4555
7705874      +Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1615
7705875      +Oak Brook Bank,    P.O. Box 5165,    Oak Brook, IL 60522-5165
7705876      +Shell Oil,    Processing Center,    Des Moines, IA 50367-0001
7705877      +Standard Bank,    c/o Marilyn Mulcahy,    2400 W. 95th St., Suite 501,
               Evergreen Park, IL 60805-2855
8008186      +Standard Bank & Trust Company,    James B Carroll & Associates,    2400 W 95th Street  #501,
               Evergreen Park IL 60805-2855
7705878      +U.B. Leasing Inc.,    31 James Avenue,    Boston, MA 02131
7705880      +Wells Fargo,    P.O. Box 29475,    Phoenix, AZ 85038-9475
7705879      +Wells Fargo,    P.O. Box 29746,    Phoenix, AZ 85038-9746
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7705871*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**                    **Signature:** _Joseph Speetjens_