UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                              CHAPTER 7

ELLIOTT L. AVERY                                    CASE NO. 04-02754

Debtor(s).                                          HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,986.42 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $19,778.20 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $31,764.62 |

EXHIBIT A

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11,986.42 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee<br>Trustee Compensation | $7,790.87 | $7,790.87 |
| | Brenda Porter Helms, Trustee<br>Trustee Expenses | $62.85 | $62.85 |
| | Springer Brown Covey Gaertner & Davis<br>Attorney for Trustee Fees | $2,555.00 | $2,555.00 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Fees | $1,564.40 | $1,564.40 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Expenses | $13.30 | $13.30 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages. salaries or commissions, limited to $4.925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4.925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2.225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 35,786.35 | 55.27 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 7 | Department Of Treasury Claims of Governmental Units--507 | $35,786.35 | $19,778.20 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 832,609.41 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 4 | American Express Travel Related Services<br>Payments to Unsecured Credit Card Holders | $15,641.14 | $0.00 |
| 5 | Chase Manhattan Bank<br>Payments to Unsecured Credit Card Holders | $14,893.61 | $0.00 |
| 3 | Citibank NA<br>Payments to Unsecured Credit Card Holders | $11,511.83 | $0.00 |
| 7A | Department Of Treasury<br>General Unsecured 726 | $6,322.96 | $0.00 |
| 2 | MBNA America Bank<br>Payments to Unsecured Credit Card Holders | $12,508.93 | $0.00 |
| 6 | Mechanical Enterprises Inc.<br>General Unsecured 726 | $162,296.97 | $0.00 |
| 1 | Standard Bank & Trust Company<br>General Unsecured 726 | $609,433.97 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __2.20/08__                              /s/ Brenda Porter Helms
                                                Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | NO. 04-02754 |
| ELLIOTT AVERY  . ) | HON. JOHN H. SQUIRES |
| ) | BANKRUPTCY JUDGE |

ORDER AWARDING COMPENSATION AND
REIMBURSEMENT OF EXPENSES

AT WHEATON, ILLINOIS this _____ day of _____, 2007, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING to the Court that Alan D. Lasko & Associates, P.C. has filed an Application for Compensation and Reimbursement of Expenses; and

IT APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that Alan D. Lasko & Associates, P.C. is awarded compensation in the amount of $1,564.40 and reimbursement of expenses in the amount of $13.30.

**ENTERED**

FEB 1 5 2008

ENTERED: _____
United States Bankruptcy Judge
John H. Squires
UNITED STATES BANKRUPTCY

Prepared by:
Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 606025
(773) 463-6427
(773) 267-9405 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| ELLIOTT L. AVERY | ) | CASE NO. 04-02754 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation                $7,790.87

2. Trustee's expenses                    $62.85

   TOTAL                                 $7,853.72

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ **ENTERED** 2007.

ENTERED:                    FEB 1 5 2008

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| ELLIOTT L. AVERY | ) | CASE NO. 04-02754 |
| | ) | |
| | ) | JUDGE SQUIRES |
| DEBTOR. | ) | |
| | ) | |

THIS CAUSE COMING TO BE HEARD on the Application of David R. Brown for the award of final compensation herein, due notice having been provided all creditors of this estate, the Debtor and the United States Trustee, and no objections to the proposed compensation and reimbursement having been raised, now therefore

IT IS HEREBY ORDERED that final compensation in the amount of $2,555.00 be, and it hereby is awarded to David R. Brown.

DATED                    ENTERED:                    **ENTERED**

FEB 1 5 2008

John H. Squires Bankruptcy
~~UNITED STATES BANKRUPTCY~~
United States Bankruptcy Judge

Prepared by:

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 04-02754 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | AVERY, ELLIOTT L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1587 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2861 | | | |
| For Period Ending: | 04/19/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 05/24/05 | 2 | First Federal Savings Bank<br>301 E. 9th St<br>Rochester Indiana 46975 | net sale proceeds | | 25,924.12 | | 25,924.12 |
| | | FIRST FEDERAL SAVINGS BANK | Memo Amount: 85,000.00<br>net sale proceeds | 1110-000 | | | |
| | | METROPLITAN TITLE | Memo Amount: ( 27.11 )<br>title charges | 2500-000 | | | |
| | | FIFTH THIRD BANK | Memo Amount: ( 52,572.98 )<br>payoff first mortgage | 4110-000 | | | |
| | | FIRST FEDERAL SAVINGS BANK | Memo Amount: ( 20.00 )<br>Fed Express fee | 2500-000 | | | |
| | | JAMES AND JOYCE COUGHLIN | Memo Amount: ( 216.78 )<br>county taxes credit to buyer | 2500-000 | | | |
| | | JAMES AND JOYCE COUGHLIN | Memo Amount: ( 633.01 )<br>tax credit | 2500-000 | | | |
| | | OAKCREST, RE MAX | Memo Amount: ( 5,100.00 )<br>real estate commission | 3510-000 | | | |
| | | METROPOLITAN TITLE | Memo Amount: ( 50.00 )<br>document preparation | 2500-000 | | | |
| | | METROPOLITAN TITLE | Memo Amount: ( 445.00 )<br>title charges | 2500-000 | | | |
| | | MARSHALL COUNTY AUDITOR | Memo Amount: ( 11.00 )<br>sales disclosure to county auditor | 2500-000 | | | |
| 05/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.17 | | 25,924.29 |
| 06/01/05 | 000101 | Fed Ex<br>P.O. Box 94515<br>Palatine IL 60094 | FedEx charges | 2990-000 | | 62.85 | 25,861.44 |
| 06/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.32 | | 25,866.76 |
| 07/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.49 | | 25,872.25 |
| 08/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.19 | | 25,885.44 |
| 09/27/05 | 9, 11 | Ouida Avery<br>609 Golden Eagle circle<br>Golden Co 80401 | debtor's interest in personal prope | 1129-000 | 441.66 | | 26,327.10 |
| 09/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.77 | | 26,339.87 |
| 10/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.42 | | 26,353.29 |
| 11/15/05 | 9, 11 | Ouida Avery<br>609 Golden Eagle Circle<br>Golden CO 80401 | debtor's interest in personal prop | 1129-000 | 441.66 | | 26,794.95 |
| 11/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.09 | | 26,808.04 |
| 12/22/05 | 9, 11 | Ouida Avery<br>609 Golden Eagle Circle<br>Golden CO 80401 | debtor's interst in stock & vehicle | 1129-000 | 441.66 | | 27,249.70 |
| 12/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.67 | | 27,263.37 |
| 01/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.90 | | 27,277.27 |
| 02/11/06 | 9, 11 | Ouida Avery<br>609 Golden Eagle Circle<br>Golden CO 80401 | debtor's interest in personal prop | 1129-000 | 441.66 | | 27,718.93 |
| 02/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.59 | | 27,738.52 |
| 03/08/06 | 9, 11 | Ouida Avery | debtor's interest in personal prop | 1129-000 | 883.32 | | 28,621.84 |

*Exhibit B*

PFORM24  Ver: 12.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.          | 04-02754 -SQU    |   | Trustee Name:       | BRENDA PORTER HELMS, TRUSTEE             |
|-------------------|------------------|---|---------------------|------------------------------------------|
| Case Name:        | AVERY, ELLIOTT L |   | Bank Name:          | BANK OF AMERICA, N.A.                    |
|                   |                  |   | Account Number / CD #: | *******1587 Money Market - Interest Bearing |
| Taxpayer ID No:   | *******2861      |   |                     |                                          |
| For Period Ending:| 04/19/08         |   | Blanket Bond (per case limit): $ 5,000,000.00 |                       |
|                   |                  |   | Separate Bond (if applicable): |                                   |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/15/06 | 000102 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium | 2300-000 | | 20.67 | 28,601.17 |
| 03/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.01 | | 28,625.18 |
| 04/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.52 | | 28,648.70 |
| 05/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.34 | | 28,673.04 |
| 06/22/06 | 9, 11 | Ouida Avery 609 Golden Eagle Circle Golden CO 80401 | debtor's interest in personal prope | 1129-000 | 1,324.98 | | 29,998.02 |
| 06/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.67 | | 30,021.69 |
| 07/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.50 | | 30,047.19 |
| 08/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.52 | | 30,072.71 |
| 09/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.71 | | 30,097.42 |
| 10/03/06 | 9, 11 | Ouida Avery 609 golden Eagle Circle Golden CO 80401 | debtor's interest in personal prope | 1129-000 | 1,324.98 | | 31,422.40 |
| 10/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.50 | | 31,448.90 |
| 11/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.85 | | 31,474.75 |
| 12/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.73 | | 31,501.48 |
| 01/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.76 | | 31,528.24 |
| 02/27/07 | 000103 | International Sureties, Ltd | bond premium | 2300-000 | | 33.92 | 31,494.32 |
| 02/28/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.19 | | 31,518.51 |
| 03/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.77 | | 31,545.28 |
| 04/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.93 | | 31,571.21 |
| 05/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.81 | | 31,598.02 |
| 06/29/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.97 | | 31,623.99 |
| 07/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.86 | | 31,650.85 |
| 08/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.88 | | 31,677.73 |
| 09/28/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 20.18 | | 31,697.91 |
| 10/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 20.19 | | 31,718.10 |
| 11/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 16.95 | | 31,735.05 |
| 12/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 15.17 | | 31,750.22 |
| 01/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 12.58 | | 31,762.80 |
| 02/10/08 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.82 | | 31,764.62 |
| 02/10/08 | | Transfer to Acct #*******7420 | Final Posting Transfer | 9999-000 | | 31,764.62 | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-02754 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | AVERY, ELLIOTT L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7420 Checking - Non Interest |
| Taxpayer ID No: | *******2861 | | |
| For Period Ending: | 04/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/10/08 | | Transfer from Acct =*******1587 | Transfer In From MMA Account | 9999-000 | 31,764.62 | | 31,764.62 |
| 02/20/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 7,790.87 | 23,973.75 |
| 02/20/08 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 62.85 | 23,910.90 |
| 02/20/08 | 001003 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 2,555.00 | 21,355.90 |
| 02/20/08 | 001004 | Alan D. Lasko & Associates, P.C. | accountant fees | 3410-000 | | 1,564.00 | 19,791.90 |
| 02/20/08 | 001005 | Alan D. Lasko & Associates P.C | accountant expenses | 3420-000 | | 13.30 | 19,778.60 |
| 02/20/08 | 001006 | Department of Treasury Internal Revenue Service 230 S. Dearborn St. Stop 5016 CHI Chicago IIL 60604 | final distribution | 5800-000 | | 19,778.20 | 0.40 |
| 02/20/08 | 001007 | Alan D. Lasko & Associates P.C. | accountant fees | 3410-000 | | 0.40 | 0.00 |

Total Of All Accounts  0.00

PFORM24  Ver. 12.63